**United States Bankruptcy Court**
NORTHERN DISTRICT OF ILLINOIS
219 S. Dearborn Street
Chicago, IL 60604

FILED
Jun 13, 2008
JUN 13 2008   NF
Jun 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Kenneth S. Gardner**, Bankruptcy Clerk

Date: 6/13/2008

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Case Number: 08-04427

Case Name: Geraldine Robinson

Notice of Appeal Filed: 4/25/2008

Appellant: Geraldine Robinson

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

- [✓] Transmittal Letter and Civil Cover Sheet
- [ ] Designation and Statement of Issues
- [ ] Transcript of Proceeding
- [ ] In Forma Pauperis
- [✓] Notice of Appeal
- [ ] Copy of Documents Designated
- [ ] Exhibits
- [ ] Expedited Notice of Appeal

Additional Items Included

- [ ] _____

08CV 3428
JUDGE MORAN
MAGISTRATE JUDGE COLE

- [ ] Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

- [ ] _____

Previous D C Judge _____

Case Number _____

By Deputy Clerk _____

Revised 03/26/08rj

MEANSNO, APPEAL

# U.S. Bankruptcy Court
## Northern District of Illinois (Chicago)
### Bankruptcy Petition #: 08-04427
### Internal Use Only

**FILED**
JUN 13 2008
JUN 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Assigned to:* Honorable Judge Jack B. Schmetterer
Chapter 7
Voluntary
No asset

*Date Filed:*
02/27/2008
*Date Discharged:*
05/28/2008

*Debtor*
**Geraldine Robinson**
56 West 144th St
Riverdale, IL 60827

represented by **Geraldine Robinson**
PRO SE

08CV 3428
JUDGE MORAN
MAGISTRATE JUDGE COLE

*Trustee*
**David P Leibowitz, ESQ**
Leibowitz Law Center
420 Clayton Street
Waukegan, IL 60085-4232
847-249-9100

*U.S. Trustee*
**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

[Certification stamp with signature, dated 6/13/08]

| Filing | # | Docket Text |
|--------|---|-------------|

| Date | | |
|---|---|---|
| 02/27/2008 | ●1 | Chapter 7 Voluntary Petition (IFP waiver) Filed by Geraldine Robinson (Daniel, Sabrina) (Entered: 02/27/2008) |
| 02/27/2008 | ●2 | Meeting of Creditors with 341(a) meeting to be held on 03/25/2008 at 12:30 PM at 227 W Monroe Street, Room 3360, Chicago, Illinois 60606. Objections for Discharge due by 05/27/2008. (Daniel, Sabrina) (Entered: 02/27/2008) |
| 02/27/2008 | ●3 | Application to Proceed In Forma Pauperis Filed by Geraldine Robinson . (Daniel, Sabrina) (Entered: 02/27/2008) |
| 02/27/2008 | ●4 | Statement of Social Security Number(s) Filed by Geraldine Robinson . (Daniel, Sabrina) (Entered: 02/27/2008) |
| 02/27/2008 | ●5 | Certificate of Credit Counseling Filed by Geraldine Robinson . (Daniel, Sabrina) (Entered: 02/27/2008) |
| 02/27/2008 | ●6 | Notice to Individual Consumer Debtor Filed by Geraldine Robinson . (Daniel, Sabrina) (Entered: 02/27/2008) |
| 02/27/2008 | ●7 | Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A. Filed by Geraldine Robinson . (Daniel, Sabrina) (Entered: 02/27/2008) |
| 02/27/2008 | ●8 | Reaffirmation Agreement (Pro Se) with Homes Coming Financial Filed by Geraldine Robinson . (Ramey, Dorothy) (Entered: 02/28/2008) |
| 02/28/2008 | | Reviewed - Pro Se Secured by Real Estate (RE: 8 Reaffirmation Agreement). (Ramey, Dorothy) |

| | | (Entered: 02/28/2008) |
|---|---|---|
| 02/28/2008 | 9 | Request for Chapter 7 341 Meeting of Creditors. (Keith, Cynthia) (Entered: 02/28/2008) |
| 02/28/2008 | 10 | BNC Certificate of Service - Meeting of Creditors. (RE: 9 Request for Chapter 7 341 Meeting of Creditors). No. of Notices: 21. Service Date 03/01/2008. (Admin.) (Entered: 03/01/2008) |
| 03/03/2008 | 11 | Notice of Motion and Motion for Relief from Stay as to 56 West 144th Street, Riverdale, IL 60827. Fee Amount $150, Filed by Barbara J Dutton on behalf of HOMECOMINGS FINANCIAL. Hearing scheduled for 3/10/2008 at 10:00 AM at 219 South Dearborn, Courtroom 682, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order # 2 Statement Accompanying Relief From Stay) (Dutton, Barbara) (Entered: 03/03/2008) |
| 03/03/2008 | 12 | Receipt of Motion for Relief Stay(08-04427) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number 8412521. Fee Amount $ 150.00 (U.S. Treasury) (Entered: 03/03/2008) |
| 03/05/2008 | 13 | Receipt of Amended Schedule Fee - $26.00 by SW. Receipt Number 03162709. Payment received from Gearddine Robinson. (Entered: 03/06/2008) |
| 03/05/2008 | 14 | Order Scheduling (RE: 3 Application to Proceed In Forma Pauperis). Hearing scheduled for 3/20/2008 at 10:30 AM at 219 South Dearborn, Courtroom 682, Chicago, Illinois 60604. Signed on 3/5/2008 (Cabrales, Claudia) (Entered: 03/06/2008) |
| 03/05/2008 | 15 | Certificate of Service (RE: 14 Order Scheduling). (Cabrales, Claudia) (Entered: 03/06/2008) |
| | | |

| | | |
|---|---|---|
| 03/05/2008 | 16 | Amended Schedule(s) :F Fee Amount $26. Filed by Geraldine Robinson . (Green, Ron) (Entered: 03/06/2008) |
| 03/05/2008 | 17 | **INCOMPLETE PDF, FILER NOTIFIED TO REFILE** Reaffirmation Agreement (Pro Se) with GMAC Mortgage Filed by Geraldine Robinson . (Green, Ron) Modified on 3/6/2008 (Chavez, Baldo). (Entered: 03/06/2008) |
| 03/06/2008 | 18 | CORRECTIVE ENTRY INCOMPLETE PDF, FILER NOTIFIED TO REFILE (RE: 17 Reaffirmation Agreement). (Chavez, Baldo) (Entered: 03/06/2008) |
| 03/06/2008 | | Remark - 1 creditor added from document #16 Sch. F. (Green, Ron) (Entered: 03/06/2008) |
| 03/10/2008 | 19 | Hearing Continued (RE: 11 Relief Stay). Hearing Scheduled for 03/20/2008 at 10:30 AM at Courtroom 682 219 South Dearborn, Chicago, IL, 60604. (Smith,Deborah) (Entered: 03/10/2008) |
| 03/20/2008 | 20 | Hearing Continued (RE: 11 Relief Stay). Hearing Scheduled for 04/03/2008 at 10:30 AM at Courtroom 682 219 South Dearborn, Chicago, IL, 60604. (Smith,Deborah) (Entered: 03/20/2008) |
| 03/20/2008 | 21 | Receipt of Chapter 7 Installment Payment - $74.75 by CK. Receipt Number 03162968. Payment received from Robinson. (Entered: 03/21/2008) |
| 03/20/2008 | 22 | Order Denying Application To Proceed In Forma Pauperis (Related Doc # 3). First Installment Payment due by 4/1/2008. Second Installment Payment due by 5/1/2008. Third Installment Payment due by 6/1/2008. Final Installment Payment due by 7/1/2008. Signed on 3/20/2008. |

| | | (Chavez, Baldo) (Entered: 03/21/2008) |
|---|---|---|
| 03/20/2008 | ●23 | Response to (related document(s): 11 Motion for Relief Stay, ) Filed by Geraldine Robinson (Green, Ron) (Entered: 03/21/2008) |
| 03/20/2008 | ●24 | Notice of Filing Filed by Geraldine Robinson (RE: 23 Response). (Green, Ron) (Entered: 03/21/2008) |
| 03/27/2008 | ●25 | No Asset Report - Trustee has examined the debtor in accordance with Sec 341(d) of the Bankruptcy Code. The Trustee has neither received any property nor paid any money on account of this estate, and after diligent inquiry into the property of the estate, believes that there are no assets to be administered for the benefit of creditors. (Leibowitz, David) (Entered: 03/27/2008) |
| 03/27/2008 | ●26 | Notice of Required Document(s) for Discharge . (Hamilton, Annette) (Entered: 03/27/2008) |
| 03/27/2008 | ●27 | BNC Certificate of Service - Notice of Required Document(s) for Discharge (RE: 26 Notice of Required Document(s) for Discharge). No. of Notices: 1. Service Date 03/29/2008. (Admin.) (Entered: 03/29/2008) |
| 04/01/2008 | | Remark Debtor's sister called April 1, 2008 and informed me that Geraldine Robinson was in the hospital and should have her Financial Management Course done within two weeks. (Hamilton, Annette) (Entered: 04/01/2008) |
| 04/03/2008 | ●28 | Hearing Continued (RE: 11 Relief Stay). Hearing Scheduled for 04/15/2008 at 10:30 AM at Courtroom 682 219 South Dearborn, Chicago, IL, 60604. (Smith,Deborah) (Entered: 04/03/2008) |

| | | |
|---|---|---|
| 04/03/2008 | ●29 | Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management Filed by Geraldine Robinson . (Chavez, Baldo) (Entered: 04/04/2008) |
| 04/03/2008 | ●30 | Order Scheduling (RE: 11 Motion for Relief Stay, ). Hearing to report status of payments scheduled for 4/15/2008 at 10:30 AM at 219 South Dearborn, Courtroom 682, Chicago, Illinois 60604. Signed on 4/3/2008 (Hamilton, Annette) (Entered: 04/04/2008) |
| 04/07/2008 | ●31 | Amended Notice of Motion and Amended Motion (related document(s): 11 Motion for Relief Stay, ) Filed by Barbara J Dutton on behalf of HOMECOMINGS FINANCIAL. Hearing scheduled for 4/15/2008 at 10:30 AM at 219 South Dearborn, Courtroom 682, Chicago, Illinois 60604. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit) (Dutton, Barbara) (Entered: 04/07/2008) |
| 04/14/2008 | ●32 | Response to (related document(s): 31 Amended Motion; ) Filed by Geraldine Robinson (Hamilton, Annette) (Entered: 04/15/2008) |
| 04/14/2008 | ●33 | Table of Contents Filed by Geraldine Robinson (RE: 32 Response). (Hamilton, Annette) (Entered: 04/15/2008) |
| 04/14/2008 | ●34 | Notice of Filing Filed by Geraldine Robinson (RE: 32 Response). (Hamilton, Annette) (Entered: 04/15/2008) |
| 04/15/2008 | ●35 | Order Granting Motion for Relief from Stay (Related Doc # 11), Granting Amended Motion (Related Doc # 31). Signed on 4/15/2008. |

| | | (Camacho, Marilyn) (Entered: 04/16/2008) |
|---|---|---|
| 04/16/2008 | 36 | Notice of Motion and Motion to Vacate (related documents 35 Order on Motion for Relief from Stay, Order on Amended Motion) Filed by Geraldine Robinson . Hearing scheduled for 4/22/2008 at 10:30 AM at 219 South Dearborn, Courtroom 682, Chicago, Illinois 60604. (Ross, Demetrius) (Entered: 04/17/2008) |
| 04/22/2008 | 37 | Receipt of Chapter 7 Installment Payment - $224.25 by SW. Receipt Number 03163475. Payment received from Geraldine Robinson. (Entered: 04/23/2008) |
| 04/22/2008 | 38 | Order Denying for the Reasons Stated from the Bench on April 15, 2008 and today. Motion To Vacate (Related Doc # 36). Signed on 4/22/2008. (Ross, Demetrius) (Entered: 04/23/2008) |
| 04/22/2008 | 39 | Certificate of Service (RE: 38 Order on Motion to Vacate). (Ross, Demetrius) (Entered: 04/23/2008) |
| 04/22/2008 | 40 | Notice of Motion and Motion for Reconsideration of the Order dated April 22,2008. Filed by Geraldine Robinson . Hearing scheduled for 4/25/2008 at 10:30 AM at 219 South Dearborn, Courtroom 682, Chicago, Illinois 60604. (Ross, Demetrius) (Entered: 04/23/2008) |
| 04/25/2008 | 41 | Notice of Appeal to District Court. Filed by Geraldine Robinson . Fee Amount $255 (RE: 35 Order on Motion for Relief from Stay, Order on Amended Motion). Appellant Designation due by 5/5/2008. Transmission of Record Due by 6/4/2008. (Henderson, LaToya) (Entered: 04/25/2008) |
| 04/25/2008 | 42 | Notice of Filing Filed by Geraldine Robinson (RE: |

| | | |
|---|---|---|
| | | 41 Notice of Appeal, ). (Henderson, LaToya) (Entered: 04/25/2008) |
| 04/25/2008 | 43 | Notice of Filing to Bk Judge and Parties on Service List (RE: 41 Notice of Appeal, ). (Henderson, LaToya) (Entered: 04/25/2008) |
| 04/25/2008 | 44 | Order Denying for the Reasons Stated on the Record Motion (Related Doc # 40). IT IS HEREBY ORDERED THAT: Debtors Motion for Reconsideration is denied for reasons stated from the bench on April 15, 2008 and April 22, 2008. Signed on 4/25/2008. (Cabrales, Claudia) (Entered: 04/28/2008) |
| 05/22/2008 | 45 | Transcript of Hearing Held On: April 15, 2008 at 11:00 a.m. . (Henderson, LaToya) (Entered: 05/27/2008) |
| 05/28/2008 | 46 | Request for Discharge Order . (Ramey, Dorothy) (Entered: 05/28/2008) |
| 05/28/2008 | 47 | BNC Certificate of Service - Order of Discharge. (RE: 46 Request for Discharge Order). No. of Notices: 23. Service Date 05/30/2008. (Admin.) (Entered: 05/31/2008) |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: )
)
GERALDINE ROBINSON, ) No: 08 04427
) HON. JUDGE SCHMETTERRER
) Chapter 7
)

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 25 2008
KENNETH S. GARDNER, CLERK
PS REP. - SW

### DEBTOR'S NOTICE OF APPEAL

NOW COMES, GERALDINE ROBINSON, by and through PRO SE and APPEALS to the court's order entered on April 15, 2008 granting the Movant's Homecoming Financial's Amended Motion lifting the stay and in support of said appeal states as follows:

1. That Debtor is black, poor and uneducated and is unable to afford proper representation.

2. That Debtor is pro se and has tried to represent herself to the best of her ability to no avail.

3. Debtor states that the relief given to the movant's was bias and prejudice against debtor and her response to said amended motion of the movant's was ignored by the court.

4. That this court did not receive any justifiable evidence in the movant's Amended Motion in order for this court to grant the movant's motion.

5. Debtor states that the transcript of April 15, 2008 was not an accurate transcript and that objections were omitted from the transcript.

6. Debtor feels that the State Court's Case should not have had any barring on the bankruptcy case and should not have contributed to the Honorable Judge being bias

against the debtor.

7. Debtor was not allowed to inform this Hon. Bankruptcy Judge that the State Court's Case, Plaintiff, J. P. Morgan and Chase, failed to provide due process in order for the State Court to have jurisdiction over said matter.

8. Debtor's earliest opportunity to raise the issue of lack of personal jurisdiction through absent or defective notice was in the motion to set aside judgment in the states case.. App. 5 Dist. 1974, 23 Ill.a'pp.3d 142, 318 N. E. 2d 650.Courts 37(2)

9. Debtor alleges that fundamental fairness did not play a part in the court's decision on April 15, 2008. People v. Mamolella, 1969, 42 Ill.2d 69,245 N.E.2d 485.

10. Debtor request a copy of all court transcripts from this case from this Honorable Judge and court payment of same.

11. That on April 15, 2008, my response to the Amended Motion of the Movant especially, Debtors Exhibits G & H were never considered/read by the Hon. Judge and Debtor was questioned by the Hon. Judge regarding a State Foreclosure Case.

12. Debtor request that a Stay be placed on all orders regarding this case and during this Appeal. on all orders of this court be also appeals to the denial of her poor person's application by this Honorable Judge.

WHEREFORE, DEBTOR, GERALDINE ROBINSON, prays that her motion be granted.                                                            Respectfully Submitted, *[signature]*

GERALDINE ROBINSON, 4-25-08

For the Defendant
Geraldine Robinson
56 W. 144th Street
Riverdale, Illinois  60827

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:
GERALDINE ROBINSON

No.: 08-04427
JUDGE SCHMETTERER
Chapter 7

Debtor(s).

## ORDER MODIFYING AUTOMATIC STAY

THIS MATTER COMING ON TO BE HEARD on the Motion to MODIFY the Automatic Stay by HOMECOMING FINANCIAL NETWORK ("Movant"), a secured creditor herein, due notice having been given and court being duly advised in the premises, *for reasons stated of [illegible]*

IT IS HEREBY ORDERED that the Automatic Stay in this case is MODIFIED and leave is hereby granted to Movant and its successors and assigns, to proceed with the foreclosure of the Mortgage on the property located at 56 WEST 144TH STREET, RIVERDALE, IL, 60827.

~~IS FURTHER ORDERED THAT the provisions of Rule 4001 are inapplicable and are waived and the Order herein is effective immediately.~~

DATED: 4/15/08

APR 15 2008

ENTERED

BY: _____

Barbara J. Dutton, Bar #6188016
Dutton & Dutton, P.C.
10325 W. LINCOLN HWY
FRANKFORT, IL 60423
815-806-8200